

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward **BRAVENEC** and The Law Office of McKnight and Bravenec,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  October 1, 2014

DISMISSED

After this appeal was abated to the trial court to consider an affidavit of indigence filed by appellant in this appeal, the trial court entered an order granting the contests to appellant's affidavit and finding that the appellant is not indigent.  On August 26, 2014, appellant filed a third supplemental notice of appeal which this court construed as a motion for review.  *See* TEX. R. APP. P. 20.1(j)(1).  By order dated August 27, 2014, this court denied appellant's motion for review and ordered appellant to file written proof by September 19, 2014, establishing that he had paid or made arrangements to pay the fees for the preparation of the clerk's record and reporter's record

for this appeal. Our order stated that if appellant failed to file written proof within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

On September 18, 2014, appellant filed a "Motion to Rehear in Part and to Abate in Part Pursuant to the Texas Citizen's Participation Act." Appellant's motion is denied. Because appellant failed to file written proof of record payment in accordance with this court's prior order, this appeal is dismissed. *See* TEX. R. APP. P. 37.3(b), 42.3(b-c).

PER CURIAM